**Carlos CASTILLO–PAREDES,
Petitioner,**

v.

**Michael B. MUKASEY, Attorney
General, Respondent.**

No. 04–76647.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 6, 2008.

Filed Feb. 11, 2008.

Tim R. Everett, Esq., Law Offices of Tim R. Everett, Los Angeles, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Richard M. Evans, Esq., Rebecca Anne Niburg, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KOZINSKI, Chief Judge, O'SCANNLAIN, and W. FLETCHER, Circuit Judges.

MEMORANDUM *

The record does not compel the conclusion that Castillo–Paredes was credible.

His testimony about what he told the Justice of the Peace regarding a shooting incident was internally inconsistent and inconsistent with his supporting documentation. *See Chebchoub v. INS,* 257 F.3d 1038, 1043 (9th Cir.2001). In the absence of credible testimony, Castillo–Paredes failed to demonstrate eligibility for asylum, withholding of removal, or CAT relief. *See Farah v. Ashcroft,* 348 F.3d 1153, 1156–57 (9th Cir.2003).

**PETITION FOR REVIEW DENIED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

